FILED
2021 Oct-19  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAQUITA BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:21-cv-01390-RDP |
| ) | |
| vs. ) | Formerly Case No. 01-CV-2021- |
| ) | 902624.00 in the Circuit Court of |
| ALLY FINANCIAL INC, *et al.*, ) | Jefferson County, Alabama |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT NORTHSTAR LOCATION SERVICES, LLC.'S CORPORATE INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Northstar Location Services, LLC, states as follows:

Northstar Location Services, LLC is not a publicly-traded entity, and no corporation directly or indirectly has an interest of 10% or more in Northstar Location Services, LLC.

Respectfully submitted this 19th day of October, 2021.

>*/s/ Stacy L. Moon*
>Stacy L. Moon (ASB-6468-i72s)
>*Attorney for NorthStar Location Services, LLC.*

OF COUNSEL:

**GORDON REES**
**SCULLY MANSUKHANI, LLP**
420 North 20th St., Suite 2200
Birmingham, AL 35203
Tel: (205) 980-8200
smoon@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, the foregoing has been electronically filed utilizing the Court's CM/ECF System:

W. Whitney Seals, Esq.
Attorney for Plaintiff Laquita Brown
Cochrun & Seals, LLC
P.O. Box 10448
Birmingham, Alabama 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
filings@cochrunseals.com

Maia Fleischman
Jade Sipes
Attorneys for Defendant ALLY FINANCIAL, INC.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007
mfleischman@bakerdonelson.com
jsipes@bakerdonelson.com

SANDY KALUPA
Attorney for Defendant KDVH ENTERPRISES, LLC D/B/A/ BENTON NISSAN OF HOOVER
GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
Telephone (205) 870-0663
Facsimile (205) 949-1128
sandy@galese-ingram.com

as well as served via United States Mail, postage prepaid and properly addressed to the following:

Alabama Auto Recovery, Inc.
c/o Registered Agent
Nikki Keeton
414 5th Avenue, NW
Carbon Hill, AL  35549

/s/Stacy L. Moon
OF COUNSEL