

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LAQUITA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:21-cv-01390-RDP |
| | ) | |
| v. | ) | Formerly Case No. 01-CV-2021- |
| | ) | 902624.00 in the Circuit Court of |
| | ) | Jefferson County, Alabama |
| | ) | |
| ALLY FINANCIAL, INC., KDVH | ) | |
| ENTERPRISES, LLC  d/b/a/ | ) | |
| BENTON NISSAN OF HOOVER; | ) | |
| ALABAMA AUTO RECOVERY; | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants | ) | |

## ALLY BANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1. of the Federal Rules of Civil Procedure, Defendant, Ally Bank, improperly named as Ally Financial, Inc. ("Ally"), respectfully submits this Corporate Disclosure Statement.

Ally Bank is an indirect wholly owned subsidiary of Ally Financial Inc. ("Ally Financial"). Ally Financial's common stock is publicly traded on the New York Stock Exchange. Ally Financial does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of Ally Financial's common stock.

Dated: October 19, 2021

/s/ Maia Fleischman

MAIA FLEISCHMAN
JADE SIPES
Attorneys for Defendant ALLY FINANCIAL, INC.

**OF COUNSEL:**
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007
mfleischman@bakerdonelson.com
jsipes@bakerdonelson.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made via the Court's CM/ECF system, electronic mail, or U.S. Mail as indicated on the following counsel of record:

W. Whitney Seals, Esq.
COCHRUN & SEALS, LLC
P.O. Box 10448
Birmingham, Alabama 35202-0448
whitney@cochrunseals.com
*Counsel for Plaintiff*
*(via electronic mail and U.S. Mail)*

Cassandra H. Kalupa
GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
sandy@galese-ingram.com
*Counsel for Defendant KDVH Enterprises, LLC D/B/A Benton Nissan of Hoover*
*(via electronic mail and U.S. Mail)*

Stacy L. Moon
GORDAN REES SCULLY
MANSUKHANI, LLP
420 North 20th Street, Suite 2200
Birmingham, Alabama 35203
smoon@grsm.com
Counsel for Defendant Northstar Location Services, LLC
*(via electronic mail and U.S. Mail)*

Alabama Auto Recovery, Inc.
c/o Nikki Keeton, Registered Agent
414 5th Avenue NW
Carbon Hill, Alabama 35549
*Defendant*
*(via U.S. Mail)*

/s/ Maia Fleischman
OF COUNSEL