# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAQUITA BROWN, | }<br>} |
| Plaintiff, | }<br>} |
| v. | }    CASE NO. 2:21-cv-01390-RDP |
| ALLY FINANCIAL, INC., KDVH ENTERPRISES, LLC d/b/a BENTON NISSAN OF HOOVER, ALABAMA AUTO RECOVERY, NORTHSTAR LOCATION SERVICES, LLC, | }<br>}<br>}<br>}<br>}<br>} |
| Defendants. | } |

## DEFENDANT KDVH ENTERPRISES, LLC'S
## CORPORATE INTEREST DISCLOSURE STATEMENT

COMES NOW the Defendant, KDVH Enterprises, LLC d/b/a Benton Nissan of Hoover, and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

KDVH Enterprises, LLC d/b/a Benton Nissan of Hoover is not a publicly-traded entity and no corporation directly or indirectly has an interest of 10% or more in KDVH Enterprises, LLC.

Respectfully Submitted,

/s/ Cassandra H. Kalupa

_____
Cassandra Harris Kalupa
ASB-2841-D52H

OF COUNSEL:
GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
Telephone:  (205) 870-0663
Fax:             (205) 870-0681
Email:         sandy@galese-ingram.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2021, I electronically filed the above and foregoing with the Clerk of Court, which provides notice to all counsel and parties of record.

Cassandra H. Kalupa