## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAQUITA BROWN;** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:21-cv-01390-RDP** |
| | ) | |
| | ) | |
| **ALLY FINANCIAL, INC.,** | ) | |
| **KDVH ENTERPRISES, LLC** | ) | |
| **d/b/a BENTON NISSAN OF** | ) | |
| **HOOVER; ALABAMA AUTO** | ) | |
| **RECOVERY; NORTHSTAR** | ) | |
| **LOCATION SERVICES, LLC,** | ) | |

### PLAINTIFF'S RESPONSE TO MOTION TO STAY OR DISMISS AND TO COMPEL ARBITRATION FILED BY DEFENDANT KDVH ENTERPRISES, LLC d/b/a BENTON NISSAN OF HOOVER

**COMES NOW** Plaintiff, through counsel, and responds as follows to the Motion to Stay or Dismiss and to Compel Arbitration [Doc. 5] filed by Defendant KDVH Enterprises, LLC d/b/a Benton Nissan of Hoover ("Benton Nissan"):

Plaintiff agrees the claims she has against Benton Nissan are due to be arbitrated and does not oppose the Motion flied by Benton Nissan. Plaintiff does not agree that any other claim against any other Defendant is due to be submitted to arbitration.

/s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

OF COUNSEL:
COCHRUN & SEALS, LLC
P. O. Box 10448
Birmingham, AL 35202-0448
T: (205) 323-3900
F: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify on November 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Maia Fleischman, Esq.<br>Jade Sipes, Esq.<br>**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**<br>420 20th Street North, Suite 1400<br>Birmingham, Alabama 35203<br>T: 205.328.0480<br>F: 205.322.8007<br>E: mfleischman@bakerdonelson.com<br>E: jsipes@bakerdonelson.com<br>Attorneys for Defendant **Ally Financial, Inc.** | Cassandra H. Kalupa, Esq.<br>**GALESE & INGRAM, P.C.**<br>800 Shades Creek Pkwy, Suite 300<br>Birmingham, Alabama 35209<br>T: 205.870.0663<br>E: sandy@galese-ingram.com<br>Counsel for Defendant **KDVH Enterprises, LLC, d/b/a Benton Nissan of Hoover** |
| Stacy L. Moon, Esq.<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>420 North 20th Street, Suite 2200<br>Birmingham, Alabama 35203<br>T: 205.980.8200<br>F: 205. 383.2816<br>E: smoon@grsm.com<br>Counsel for Defendant **Northstar Location Services, LLC** | Shaun A. DeCoudres, Esq.<br>Grant L. Smith, Esq.<br>**CARR ALLISON**<br>100 Vestavia Parkway<br>Birmingham, AL 35216<br>T: 205.822.2006<br>F: 205.822.2057<br>E: sdecoudres@carrallison.com<br>E: glsmith@carrallison.com<br>Counsel for Defendant **Twenty 4 Seven Recovery, Inc., incorrectly identified as Alabama Auto Recovery** |

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-CM/ECF participants:   **None.**

　　　　　　　　　　　　　　　　　　　　/s/ *W. Whitney Seals*
　　　　　　　　　　　　　　　　　　　　OF COUNSEL